**994-15**

Curtis Allen Garrison

v.

**ORIGINAL**

State of Texas

In the court

of criminal Appeals

Austin, TX

FILED IN
COURT OF CRIMINAL APPEALS

DEC 11 2015

Abel Acosta, Clerk

c     MOTION FOR REHEARING ON REFUSAL *OF* PETITIONERS

PETITION FOR DISCRETIONARY REVIEW

---

Comes now petitioner and files this motion and in support shows the following.

1. Petitioners PDR was refused on _DeC_ day _4_ , 2015.

2. The court should review petitioners PDR in light of Tex.R.App. 44.2(a) and Homes V. State 323 S.W. 3d 163 ( Tex Crim App. 2010 ).

3. Petitioner just found these standards and rules in his law library and asserts the Court of Appeals never addressed the proper harm analysis determination in ruling on his sufficiency claim.

4. The substantial innervening circumstances of his library not being up to date and for him not able to review annotations of Tex.R.App. 442(a) prevented him from filing these cases and standards in his origional filed PDR. last month his law library was able to find these cases and print them out due to their lack of being on book format. Petitioner certifies this motion is made in good faith and not made for delay and grounded on meritious standards he believes is vital for proper disposition of his appeal.

Wherefor premises considered, petitioner prays the court grant this motion and grant his PDR.

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 09 2015

Abel Acosta, Clerk

Respectfully submitted:

*Curtis Garrison*

Curtis Allen Garrison, Appellant
TDCJ # 1926573
French Robertson Unit
12071 FM 3522
Abilene, TX 79601

Curtis Garrison
TDCJ # 1926573
French Robertson Unit
12701 FM 3522
Abilene, TX 79601



ABILENE TX 795

07 DEC 2015 PM 2 L

Court of criminal Appeals
P.O. Box 12308 Capitol Station
Austin, TX 78711

78711+2308

Legal mail